IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CYRUS RAMBO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 118-169 |
| | ) | |
| FREDRICK HEAD, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner Cyrus Rambo filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter is now before the Court on Petitioner's motion to proceed *in forma pauperis* ("IFP").

The financial information submitted with Petitioner's IFP motion shows that he has a spendable amount of $40.51 in his prison trust fund account. Because the filing fee for a habeas corpus petition is only $5.00, the Court **DENIES** the motion to proceed IFP. (Doc. no. 2.) The Court **DIRECTS** Petitioner to pay the $5.00 filing fee within twenty-one days of the date of this Order.

SO ORDERED this 4th day of October, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA