# United States District Court
## *Southern District of Georgia*

CYRUS RAMBO,

                 Petitioner,

## JUDGMENT IN A CIVIL CASE

          **V.**                      CASE NUMBER: CV 118-169

GREGORY C. DOZIER, Commissioner,
Georgia Department of Corrections,

                 Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

pursuant to the Order dated December 6, 2018 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, Petitioner's motion for discovery and production of documents is denied as moot and Petitioner's § 2254 Petition is hereby dismissed. The Petitioner is denied a certificate of appealability in this case and is not entitled to appeal in forma pauperis. This case stands closed.



12/06/2018
_____
*Date*

Scott L. Poff
_____
*Clerk*

/s/ Jamie Hodge
_____
*(By) Deputy Clerk*